# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00388-CV

**Daniel Wiegrefe, Appellant**

**v.**

**Jennifer Wiegrefe, Appellee**

### FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 16-0709-C368, THE HONORABLE RICK J. KENNON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Daniel Wiegrefe has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Field and Toth

Dismissed on Appellant's Motion

Filed: November 2, 2018